UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FRANCIS SCIOSCIOLE, | No. 2:13-cv-0941 MCE CKD P |
| Petitioner, | |
| v. | ORDER |
| GOWER, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 30, 2013, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed objections to the findings and recommendations.

/////

/////

/////

/////

/////

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 30, 2013, are adopted in full;

2. Petitioner's application for writ of habeas corpus is dismissed for failure to exhaust state court remedies.

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Date: July 18, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

scio0941.800.hc.d

2